CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

MAY 07 2015

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES DAVID KING, JR., | )<br>) Civil Action No. 7:15CV00212 |
| Plaintiff, | ) |
| v. | ) **ORDER OF DISMISSAL** |
| BLACKPOWDER PRODUCTS, INC., et al., | )<br>) By: Hon. Glen E. Conrad<br>) Chief United States District Judge |
| Defendants. | ) |

The court has before it the parties' stipulation of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED without prejudice as to defendants Connecticut Valley Arms, Inc.; D. C. 1980, Inc.; Sports South LLC (previously known as and successor interest to Sports South, Inc.); and Sports South, Inc. This dismissal is without prejudice to plaintiff's reasserting claims against the parties dismissed hereby within six (6) months, if discovery indicates any should be an appropriate party.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 7th day of May, 2015.

_/s/ Glen Conrad_
Chief United States District Judge