# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **CHARLES DAVID KING, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | **FILE NO.: CL14000127-00** |
| | ) | |
| **BLACKPOWDER PRODUCTS,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **WAL-MART STORES EAST, LP,** | ) | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW, Defendants Blackpowder Products, Inc. ("BPI") and Wal-Mart Stores East, LP ("Wal-Mart") (collectively "Defendants"), by and through undersigned counsel, and, pursuant to Fed. R. Civ. Pro. 56, moves for partial summary judgment on Plaintiff's Counts II, VII, VII and IX as a matter of law. The basis for the motion is there is no genuine as to any material fact as to the claims asserted in Counts II, VII, VIII and IX, all as more further appears from the responses to discovery, the deposition and sworn testimony of the Plaintiff, Plaintiff's expert, Mr. William Dudley McGarity, and Dr. Eric Guyer.

Wherefore, Defendants move for judgment in their favor and against Plaintiff on Counts II, VII, VIII and IX of Plaintiff's Complaint.

1

This 16th day of May, 2016.

/s/ James E. Singer
**JAMES E. SINGER**
(Admitted *Pro Hac Vice)*
**BOVIS, KYLE, BURCH &
MEDLIN, LLC**
200 Ashford Center North, Suite 00
Atlanta, GA 30338-2668
Telephone: (770) 391-9100
Facsimile: (770) 668-0878
jes@boviskyle.com

and

**WALTER H. PEAKE, III**
Virginia Bar No. 26379
**FRITH, ANDERSON &
PEAKE, P.C.**
29 Franklin Rd., S.W.
Roanoke, VA 24011
Telephone: (540) 725-3362
Facsimile: (540) 772-9167
wpeake@faplawfirm.com

*Attorneys for Defendants
Blackpowder Products,
Inc. and Wal-Mart Stores East, LP*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify the foregoing *Defendants' Motion For Partial Summary Judgment* has been served on all counsel via e-mail using the CM/ECF filing system, which will send notification of such filing to the following attorneys of record:

Joseph H. McGrady, Esq.
McGrady & McGrady
127 Mill Street
Hillsville, VA 24343
joseph@mcgradylaw.com

Timothy E. Kirtner, Esq.
Gilmer, Sadler, Ingram, Sutherland & Hutton
P. O. Box 878
Pulaski, VA 24301
tkirtner@gsish.com

This 16th day of May, 2016.

*/s/ James E. Singer*_____
**JAMES E. SINGER**
(Admitted *Pro Hac Vice*)
**BOVIS, KYLE, BURCH &
MEDLIN, LLC**
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
Telephone: (770) 391-9100
Facsimile:   (770) 668-0878
jes@boviskyle.com

*One of the Attorneys for Defendants
Blackpowder Products, Inc.,
and Wal-Mart Stores East, LP*