CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES DAVID KING, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:15-CV-00212 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BLACKPOWDER PRODUCTS, ) | By: Hon. Glen E. Conrad |
| INC., et al., ) | Chief United States District Judge |
| ) | |
| Defendants. ) | |
| ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. Defendants' motion for partial summary judgment (Docket No. 23) is **GRANTED IN PART AND DENIED IN PART**;

2. The motion is **GRANTED** as to Counts VII, VIII, and IX against Blackpowder and Wal-Mart and as to Count II against Wal-Mart. Those counts are **DISMISSED**; and

3. The motion is **DENIED** as to Count II against Blackpowder.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 22 day of July, 2016.

/s/ Glen E. Conrad
Chief United States District Judge