**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHARLES DAVID KING, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | **FILE NO.: CL14000127-00** |
| | ) | |
| **BLACKPOWDER PRODUCTS, INC.,** | ) | |
| | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **WAL-MART STORES EAST, LP,** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff Charles David King, Jr., and Defendants Blackpowder Products, Inc., and Wal-Mart Stores East, LP, and pursuant to Fed. R. Civ. P. 40(a)(1)(A)(ii), hereby stipulate to dismiss this matter with prejudice, without costs.

Respectfully submitted, this_____day of October, 2016.

/s/_________________________
**TIMOTHY E. KIRTNER**
Virginia Bar No. 36938
**GILMER, SADLER, INGRAM, SUTHERLAND & HUTTON**
P. O. Box 878
Pulaski, VA 24301
Telephone: (540) 980-1360
Facsimile: (540) 980-5264
tkirtner@gshish.com

***Counsel for Plaintiff Charles David King, Jr.***

(Signatures continue on the following page)

/s/________________

**JAMES E. SINGER**
(Admitted *Pro Hac Vice)*
**BOVIS, KYLE, BURCH & MEDLIN, LLC**
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668
Telephone: (770) 391-9100
Facsimile: (770) 668-0878
jes@boviskyle.com

and

/s/ ____________________

**WALTER H. PEAKE, III**
Virginia Bar No. 26379
**FRITH, ANDERSON & PEAKE, P.C.**
29 Franklin Rd., S.W.
Roanoke, VA 24011
Telephone: (540) 725-3362
Facsimile: (540) 772-9167
wpeake@faplawfirm.com

***Attorneys for Defendants Blackpowder Products, Inc. and Wal-Mart Stores East, LP***