CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 17 2016

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES DAVID KING, JR., | ) | Civil Action No. 7:15CV00212 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| BLACKPOWDER PRODUCTS, INC., and WAL-MART STORES EAST, LP. | ) | |
| Defendants. | ) | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

The court has before it the parties' Stipulation of Dismissal filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is accordingly

**ORDERED**

that this action shall be, and it hereby is, dismissed with prejudice and stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to plaintiffs and all counsel of record.

Enter this 17th day of October, 2016.

[signature]

Chief United States District Judge